IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER, GALLATIN WILDLIFE ASSOCIATION, YELLOWSTONE BUFFALO FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. SHEEP EXPERIMENT STATION; AGRICULTURAL RESEARCH SERVICE,<br><br>Defendants. | CV 17–155–M–DLC<br><br>ORDER |

Before the Court is the Joint Motion to Convert Preliminary Injunction to Summary Judgment (Doc. 29). The Court recently set a hearing on Plaintiff's Motion for Preliminary Injunction. (Doc. 28 at 1.) The Court finds good cause supporting the Parties' Motion and it will be granted. The Court expects that the Parties will present argument consistent with this conversion at the May 8, 2019 hearing.

IT IS ORDERED that the Joint Motion (Doc. 29) is GRANTED and the Court will rule on Plaintiff's Motion (Doc. 21) accordingly.

DATED this 22nd day of April, 2019.

Dana L. Christensen, Chief Judge
United States District Court