UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. SHEEP EXPERIMENT STATION; AGRICULTURAL RESEARCH SERVICE, <br><br> Defendant. | Case No. CV-17-155-M-DLC <br><br> JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiffs' in accordance with the order issued on May 30, 2019.

  Dated this 12th day of June, 2019.

          TYLER P. GILMAN, CLERK

          By: /s/ A.S. Goodwin
          A.S. Goodwin, Deputy Clerk

